**Ronald M. SINGLETON, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 02–3287.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2002.

ORDER

Petitioner's motion for leave to proceed in forma pauperis having been granted, and the required Statement Concerning Discrimination having been filed, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner should compute the due date for filing his brief from the date of filing of this order.